UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

CLENTON JEROME MAPLES,                )
                                       )
                Plaintiff,             )
                                       )
v.                                     )        No.:   4:14-CV-67-HSM-CHS
                                       )
WARREN COUNTY JAIL, *et al.*,          )
                                       )
                Defendants.            )

## MEMORANDUM OPINION

This pro se prisoner's civil rights action under 42 U.S.C. § 1983 was filed in the Middle District and thereafter was transferred to this Court [Docs. 1, 10]. On March 31, 2017, the Court entered an order, screening the complaint to determine whether, *inter alia*, the pleading failed to state a claim which would entitle Plaintiff to relief under § 1983 [Doc. 16]. The Court found that the complaint, as pled, failed to state a claim but that it might state a claim if Plaintiff amended certain allegations therein [*Id.*]. Thus, the Court allowed Plaintiff 30 days from that date to amend those allegations [*Id.*].

More than 30 days have passed, and Plaintiff has failed to amend his complaint or otherwise respond to the Court's order. Therefore, this lawsuit will be **DISMISSED** for failure to state a claim. 28 U.S.C. 1915(e)(2).

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER**.


_____*/s/ Harry S. Mattice, Jr.*_____
        HARRY S. MATTICE, JR.
    UNITED STATES DISTRICT JUDGE